IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BASKIN-ROBBINS, USA, CO. | * | |
| Plaintiff | * | |
| v. | * | Case Number: AMD 01-CV 2355 |
| KAILASH MEHTA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DISMISSAL WITH PREJUDICE

Clerk:

Plaintiff, Baskin-Robbins USA, Co., by its attorneys, Lenrow, Kohn, Howard & Oliver, hereby dismisses its Compliant filed in the above captioned matter, with prejudice.

10/9/2001
APPROVED
[signature]

LENROW, KOHN, HOWARD & OLIVER

_____
Thomas D. Kohn
Federal Bar Number: 03758
Suite 940, 7 St. Paul Street
Baltimore, Maryland 21202
(410) 962-0550

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___ day of October, 2001, a copy of the foregoing Notice of Dismissal, With Prejudice was mailed, first class, postage prepaid to Bruce Mann, Esquire, Levy, Mann & Polashuk, LLP, 500 Redland Court, Suite 306, Owings Mills, Maryland 21117, attorney for Defendant.

_____
Thomas D. Kohn

OCT - 9